UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| | : | CRIMINAL NO.: 09-679 |
| vs. | : | |
| | : | |
| | : | ORDER MODIFYING CONDITIONS OF |
| | : | PRETRIAL RELEASE |
| YACIEL MARAGOTO, | : | |
| Defendant. | : | |

This matter having been opened to the Court upon an application by Kathleen M. Theurer, Esq., appearing for Defendant Yaciel Maragoto, for an Order modifying the conditions of Defendant's pretrial release, and with Juan Rios of the Southern District of Florida Pretrial Services, and with Assistant United States Attorney Brooke Carey having notice of said application, and having found no objections to the one-time modification of Pretrial Release, and for good and sufficient cause shown;

It is on this _____23rd_____ day of December, 2009;

**ORDERED**, that the conditions of Defendant Yaciel Maragoto's pretrial release shall be modified as follows:

1. Defendant shall be permitted to leave his premises on Thursday, December 24, 2009 in order to visit the home of his Aunt Marisol Linares, to celebrate the

-1-

Christmas holiday, located at 9059 NW 152nd Lane, Hialeah, FL, 33018-1308 accompanied by his mother Natalia Espinosa, who serves as the third-party custodian for defendant's pretrial release.

2. Defendant shall be permitted to make the aforementioned visit at 3 p.m. on December 24, 2009 and will return home at 10 p.m. on December 24, 2009.

It is further **ORDERED** that the remaining conditions of pretrial supervised release, including electronic monitoring, shall remain in full effect.

_____
HON. SUSAN D. WIGENTON, J.D.C.
Michael A. Shipp, U.S.M.J.


_____
BROOKE E. CAREY
ASSISTANT UNITED STATES ATTORNEY

-2-