UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|  | : |  |
|  | : | CRIMINAL NO.: 09-679 |
| vs. | : |  |
|  | : |  |
|  | : | ORDER PERMITTING RELEASE |
| YACIEL MARAGOTO, | : | OF POSTED BOND |
| Defendant. | : |  |

This matter having been opened to the Court upon an application by Kathleen M. Theurer, Esq., appearing for Defendant Yaciel Maragoto, for an Order releasing the previously posted $10,000 bond for the release of Defendant to Marisol Linares, and with Assistant United States Attorney Lakshmi consenting, and for good and sufficient cause shown;

It is on this _____19th_____ day of January, 2011;

**ORDERED**, that the bond posted in this matter in the amount of $10,000.00 be released to Marisol Linares.

_____
HON. MICHAEL A. SHIPP, M.J.D.C.
USDJ